# COLELLA | ZEFUTIE LLC

www.czlaw.com

Anthony J. Laura
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
P: 609.551.9771
F: 202.920.0894
E: alaura@czlaw.com

*Via ECF*  October 7, 2025

Hon. Edgardo Ramos, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    **<u>Friedland v. Sensio, Inc.</u>**
                **Case No. 24-cv- 1216 (ER)**

Dear Judge Ramos:

      Pursuant to Your Honor's direction at the status conference and Minute Entry of September 10, 2025, counsel for the parties jointly report that discovery will be concluded this week, after which the parties will arrange for private mediation. We anticipate the mediation to be scheduled, subject to the mediator's availability, as soon as practicable but no later than December 30, 2025.

      We thank Your Honor for your time and attention to this matter.

                                    Respectfully submitted,
                                    COLELLA ZEFUTIE LLC

                                    By: s/ *Anthony J. Laura*
                                          Anthony J. Laura
                                   Attorneys for Defendant Sensio Inc.

cc:      All Counsel of Record (via ECF)